# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:  **GREG T. MARKELZ and TAMI E. MARKELZ,**  **Debtor**. | Chapter 7  Bankruptcy No. **16-12807**  Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #60)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on October 31, 2018.

Dated: October 31, 2018

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **GREG T. MARKELZ and TAMI E. MARKELZ,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
**    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.   773-877-3191
f.    815-846-8516
e.   trustee@zanezielinski.com

Mailing Information for Case 16-12807

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Timothy A. Clark**    tclark@mcgrathandclarklaw.com, bonnie@mcgrathandclarklaw.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **David P Lloyd**    courtdocs@davidlloydlaw.com
- **Lauren Newman**    lnewman@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com;aversis@thompsoncoburn.com;bray@thompsoncoburn.com
- **Konstantine T. Sparagis**    gsparagi@yahoo.com, Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
- **Miriam R Stein**    mstein@chuhak.com, dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com;vjefferson@chuhak.com
- **Miriam R. Stein**    mstein@chuhak.com, dgeorge@chuhak.com;vjefferson@chuhak.com

## Manuel Service List

| | |
|---|---|
| Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | American Infosource Lp As Agent For<br>Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 |
| Essendant Co.<br>C/O Teller, Levit & Silvertrust<br>19 S Lasalle Street, #701<br>Chicago, Il 60603 | American Express Bank Fsb<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 |
| Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Department Store National Bank<br>C/O Quantum3 Group Llc<br>Po Box 657<br>Kirkland, Wa 98083-0657 |
| James Markelz Family Trust<br>Jmft C/O Nancy Gatens<br>8106 San Fernando Way<br>Dallas, Tx 75218 | Greg T Markelz<br>4200 BUNRATTY LANE<br>PLAINFIELD, IL  60586 |