UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: § <br> § <br> Greg T Markelz § <br> Tami E Markelz § <br> § <br> Debtors § | Case No. 16-12807 |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 68,000.00 <br> *(Without deducting any secured claims)* | Assets Exempt: 342,661.00 |
| Total Distributions to Claimants: 228,418.53 | Claims Discharged <br> Without Payment: 1,394,154.39 |
| Total Expenses of Administration: 53,581.47 | |

3) Total gross receipts of $ 282,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 282,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 197,338.43 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 53,581.47 | 53,581.47 | 53,581.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,519,859.88 | 795,589.59 | 795,589.59 | 228,418.53 |
| **TOTAL DISBURSEMENTS** | $ 1,717,198.31 | $ 849,171.06 | $ 849,171.06 | $ 282,000.00 |

    4)  This case was originally filed under chapter 7 on  04/14/2016 .  The case was pending for 36 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/20/2019                       By:/s/Zane L. Zielinski, Trustee
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4200 Bunratty Lane Plainfield Il 60586-0000 Will | 1110-000 | 32,000.00 |
| State Law Trust | 1229-000 | 250,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$282,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abri Credit Union, 1350 West Renwick Rd Romeoville, IL 60446 | | 32,351.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, FL9-600-02-26 POB 45224 Jacksonville, FL 32232 | | 41,941.00 | NA | NA | 0.00 |
| | Bank of America, Home Loans POB 31785 Tampa, FL 33631 | | 121,885.00 | NA | NA | 0.00 |
| | Pueblo Boniti Sunset Beach, POB 150 Scottsdale, AZ 85252 | | 1,161.43 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 197,338.43 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 17,350.00 | 17,350.00 | 17,350.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 35.10 | 35.10 | 35.10 |
| International Sureties, LTD. | 2300-000 | NA | 14.43 | 14.43 | 14.43 |
| Associated Bank | 2600-000 | NA | 2,150.97 | 2,150.97 | 2,150.97 |
| Chuhak & Tecson | 3210-000 | NA | 29,637.50 | 29,637.50 | 29,637.50 |
| Chuhak & Tecson | 3220-000 | NA | 859.45 | 859.45 | 859.45 |
| Alan D. Lasko & Associates P.C. | 3410-000 | NA | 3,510.70 | 3,510.70 | 3,510.70 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 23.32 | 23.32 | 23.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 53,581.47 | $ 53,581.47 | $ 53,581.47 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, POB 982235 El Paso, TX 79998 | | 11,200.00 | NA | NA | 0.00 |
| | Bank of America, POB 982235 El Paso, TX 79998 | | 14,731.00 | NA | NA | 0.00 |
| | Barclays Bank USA, Card Services POB 60517 City of Industry, CA 91716 | | 4,051.00 | NA | NA | 0.00 |
| | Capital One, POB 30285 Salt Lake City, UT 84130 | | 159,380.00 | NA | NA | 0.00 |
| | Chase, Attn Bankruptcy Department POB 15299 Wilmington, DE 19850 | | 12,357.00 | NA | NA | 0.00 |
| | Chase, Attn Bankruptcy Department POB 15299 Wilmington, DE 19850 | | 7,067.00 | NA | NA | 0.00 |
| | First National Bank of Omaha, POB 3696 Omaha, NE 68103 | | 4,670.00 | NA | NA | 0.00 |
| | Mopco Strategic Services, Inc., 4200 Bunratty Drive Plainfield, IL 60586 | | 782,201.00 | NA | NA | 0.00 |
| | Synchrony Bank, Attm Bankruptcy Dept POB 965060 Orlando, FL 32896 | | 3,502.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | American Express Bank Fsb | 7100-000 | NA | 844.20 | 844.20 | 452.57 |
| 6 | American Infosource Lp As Agent For | 7100-000 | NA | 211.75 | 211.75 | 113.52 |
| 3 | Capital One Bank (Usa), N.A. | 7100-000 | 8,905.00 | 15,810.27 | 15,810.27 | 8,475.87 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | 8,831.00 | 8,941.00 | 8,941.00 | 4,793.26 |
| 8 | Department Store National Bank | 7100-000 | NA | 121.06 | 121.06 | 64.90 |
| 1 | Discover Bank | 7100-000 | 9,991.02 | 10,178.61 | 10,178.61 | 5,456.74 |
| 2 | Essendant Co. | 7100-000 | 392,772.58 | 389,968.60 | 389,968.60 | 209,061.67 |
| 5 | James Markelz Family Trust | 7100-000 | 100,201.28 | 369,514.10 | 369,514.10 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,519,859.88 | $ 795,589.59 | $ 795,589.59 | $ 228,418.53 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-12807 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Greg T Markelz | | | | Date Filed (f) or Converted (c): | 04/14/2016 (f) |
| | Tami E Markelz | | | | 341(a) Meeting Date: | 05/16/2016 |
| For Period Ending: | 03/20/2019 | | | | Claims Bar Date: | 08/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4200 Bunratty Lane Plainfield Il 60586-0000 Will | 201,000.00 | 201,000.00 | | 32,000.00 | FA |
| 2. Pueblo Bonito Sunset Beach | 0.00 | 0.00 | | 0.00 | FA |
| 3. 2013 Jeep Wrangler Mileage: 23,000 | 29,000.00 | 0.00 | | 0.00 | FA |
| 4. 2014 Infiniti Q50 Mileage: 24,000 | 39,000.00 | 0.00 | | 0.00 | FA |
| 5. Debtor's Used Appliances -- Refrigerator, Stove, Washer, Dry | 1,250.00 | 0.00 | | 0.00 | FA |
| 6. Debtor's Used Furniture, Household Linens, Kitchenware | 750.00 | 0.00 | | 0.00 | FA |
| 7. Used Televisions, Used Dvd, Stereo, Computers | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. 2 Thomas Kinkade Prints, Thomas Kinkade Plate Set; Lassen Pr | 500.00 | 0.00 | | 0.00 | FA |
| 9. Debtor's Clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Debtor's Wedding Rings | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. Abri Credit Union | 500.00 | 0.00 | | 0.00 | FA |
| 12. First Community Bank | 500.00 | 0.00 | | 0.00 | FA |
| 13. Bridge Technology Inc. | 1.00 | 0.00 | | 0.00 | FA |
| 14. Bridge And Track Crane, Llc | 1.00 | 0.00 | | 0.00 | FA |
| 15. Mopco Strategic Services Inc. | 100.00 | 0.00 | | 0.00 | FA |
| 16. Debtor's 401K Plan With Warehouse Direct | 1,000.00 | 0.00 | | 0.00 | FA |
| 17. State Bank Of Graymont | 25,000.00 | 0.00 | | 0.00 | FA |
| 18. Northwest Mutual -- Multiple Accounts | 278,559.00 | 0.00 | | 0.00 | FA |
| 19. State Law Trust (u) | Unknown | 250,000.00 | | 250,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $581,661.00 | $451,000.00 | | $282,000.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee submitted final report for review which was approved on 10/31/2018.


RE PROP #          19     --    The Debtor did not disclose this interest.

Initial Projected Date of Final Report (TFR): 06/30/2017           Current Projected Date of Final Report (TFR): 11/30/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-12807 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Greg T Markelz | Bank Name: | Associated Bank |
| | Tami E Markelz | Account Number/CD#: | XXXXXX1460 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4216 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/20/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | 1 | Krockey Cernugel Cowgill and Clark Trust Account<br>3180 Theodore Street<br>]Suite 102<br>Joliet, IL | Equity Buy OUt | 1110-000 | $32,000.00 | | $32,000.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.22 | $31,967.78 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.99 | $31,921.79 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.46 | $31,874.33 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.39 | $31,826.94 |
| 02/28/17 | 5001 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | 2017 Bond Payment | 2300-000 | | $14.43 | $31,812.51 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.74 | $31,769.77 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.24 | $31,722.53 |
| 04/28/17 | 5002 | Chuhak & Tecson,<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | Trustee's Attorneys Fees and Expenses | | | $9,360.48 | $22,362.05 |
| | | Chuhak & Tecson, | ($8,992.50) | 3210-000 | | | |
| | | Chuhak & Tecson, | ($367.98) | 3220-000 | | | |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.64 | $22,316.41 |

| | | | Page Subtotals: | | $32,000.00 | $9,683.59 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 16-12807 |
| Case Name: | Greg T Markelz |
| | Tami E Markelz |
| Taxpayer ID No: | XX-XXX4216 |
| For Period Ending: | 03/20/2019 |

| | |
|---|---|
| Trustee Name: | Zane L. Zielinski, Trustee |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX1460 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.52 | $22,281.89 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.06 | $22,249.83 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.08 | $22,216.75 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.03 | $22,183.72 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.92 | $22,151.80 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.93 | $22,118.87 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.82 | $22,087.05 |
| 12/29/17 | 5003 | Chuhak & Tecson, 30 South Wacker Drive Suite 2600 Chicago, Illinois 60606 | Trustee's Attorney Fees and Expenses | | | $13,053.67 | $9,033.38 |
| | | Chuhak & Tecson, | ($12,685.00) | 3210-000 | | | |
| | | Chuhak & Tecson, | ($368.67) | 3220-000 | | | |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.84 | $9,000.54 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.64 | $8,985.90 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.07 | $8,973.83 |

Page Subtotals: $0.00  $13,342.58

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-12807 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Greg T Markelz | Bank Name: Associated Bank |
| Tami E Markelz | Account Number/CD#: XXXXXX1460 |
| | Checking |
| Taxpayer ID No: XX-XXX4216 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/20/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/28/18 | 19 | Anthony J. Markelz<br>111 Rieser Circle<br>Naperville, IL 60565 | Settlement Payment 1 of 2 | 1229-000 | $125,000.00 | | $133,973.83 |
| 03/28/18 | 19 | Lauren J Markelz<br>4200 Bunratty LN<br>Plaintfiled, IL 60586-7806 | Settlement Payment 2 of 2 | 1229-000 | $125,000.00 | | $258,973.83 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.29 | $258,912.54 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $372.42 | $258,540.12 |
| 05/16/18 | 5004 | Chuhak & Tecson,<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | Attorney Fees and Expenses | | | $5,710.30 | $252,829.82 |
| | | Chuhak & Tecson, | ($5,587.50) | 3210-000 | | | |
| | | Chuhak & Tecson, | ($122.80) | 3220-000 | | | |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $381.64 | $252,448.18 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $363.22 | $252,084.96 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $374.81 | $251,710.15 |
| 12/07/18 | 5005 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $17,385.10 | $234,325.05 |
| | | Trustee Zane L. Zielinski | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | ($17,350.00) | 2100-000 | | | |

Page Subtotals: $250,000.00   $24,648.78

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-12807 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Greg T Markelz | Bank Name: | Associated Bank |
| | Tami E Markelz | Account Number/CD#: | XXXXXX1460 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4216 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/20/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Trustee Zane L. Zielinski | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. ($35.10) | 2200-000 | | | |
| 12/07/18 | 5006 | Chuhak & Tecson<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | 3210-000 | | $2,372.50 | $231,952.55 |
| 12/07/18 | 5007 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Distribution | | | $3,534.02 | $228,418.53 |
| | | Alan D. Lasko & Associates P.C. | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. ($3,510.70) | 3410-000 | | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. ($23.32) | 3420-000 | | | |
| 12/07/18 | 5008 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 creditor account # debtor SS#<debtor ssn masked> representing a payment of 53.61 % per court order. | 7100-000 | | $5,456.74 | $222,961.79 |
| 12/07/18 | 5009 | Essendant Co.<br>C/O Teller, Levit & Silvertrust<br>19 S Lasalle Street, #701<br>Chicago, Il 60603 | Final distribution to claim 2 creditor account # debtor SS#<debtor ssn masked> representing a payment of 53.61 % per court order. | 7100-000 | | $209,061.67 | $13,900.12 |
| 12/07/18 | 5010 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution | | | $13,269.13 | $630.99 |

Page Subtotals:     $0.00     $233,694.06

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-12807 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Greg T Markelz | Bank Name: | Associated Bank |
| | Tami E Markelz | Account Number/CD#: | XXXXXX1460 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4216 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/20/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 3 creditor account # debtor SS#<debtor ssn masked> representing a payment of 53.61 % per court order. | ($8,475.87) 7100-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 4 creditor account # debtor SS#<debtor ssn masked> representing a payment of 53.61 % per court order. | ($4,793.26) 7100-000 | | | |
| 12/07/18 | 5011 | American Infosource Lp As Agent For Presence Health Po Box 248838 Oklahoma City, Ok 73124-8838 | Final distribution to claim 6 creditor account # debtor SS#<debtor ssn masked> representing a payment of 53.61 % per court order. | 7100-000 | | $113.52 | $517.47 |
| 12/07/18 | 5012 | American Express Bank Fsb C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Final distribution to claim 7 creditor account # debtor SS#<debtor ssn masked> representing a payment of 53.61 % per court order. | 7100-000 | | $452.57 | $64.90 |
| 12/07/18 | 5013 | Department Store National Bank C/O Quantum3 Group Llc Po Box 657 Kirkland, Wa 98083-0657 | Final distribution to claim 8 creditor account # debtor SS#<debtor ssn masked> representing a payment of 53.61 % per court order. | 7100-000 | | $64.90 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $282,000.00 | $282,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $282,000.00 | $282,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $282,000.00 | $282,000.00 |

Page Subtotals: $0.00 $630.99

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1460 - Checking | $282,000.00 | $282,000.00 | $0.00 |
|  | $282,000.00 | $282,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $282,000.00 |
| Total Gross Receipts: | $282,000.00 |

Page Subtotals:   $0.00   $0.00